**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KEYLA NATHACHA DUARTE-GELVEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1867-KC** |
| | § | |
| **EL PASO PROCESSING CENTER,** | § | |
| | § | |
| **Respondent.** | § | |

**SHOW CAUSE ORDER**

On this day, the Court considered the case. On July 22, 2026, the Court ordered Keyla Nathacha Duarte-Gelvez to file a reply to Respondents' Response, ECF No. 4, answering specific questions by August 12. July 22, 2026, Order, ECF No. 5. That deadline has now passed, and Duarte-Gelvez has not filed any reply.

Accordingly, the Court **ORDERS** that Duarte-Gelvez shall **SHOW CAUSE** for her failure to comply with the August 12 deadline.

**IT IS FURTHER ORDERED** that Duarte-Gelvez shall **FILE** a reply to Respondents' Response, **by no later than September 3, 2026**, answering the following questions:

(1) Have you requested a bond hearing from the immigration court? If so, when did you request a bond hearing and how did you make the request to the immigration court?

(2) If you requested a bond hearing, were you given a bond hearing? If so, when was the bond hearing?

(3) If you were given a bond hearing, were you granted or denied bond? If you were denied bond, what was the reason the Immigration Judge denied bond?

**Failure to Comply with this Order and show cause may result in dismissal of this case**.

**SO ORDERED**.

**SIGNED this 13th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE